**Kenneth Lamar TURNER, Appellant,**

**v.**

**Eddie JIMMERSON, Sgt., East Arkansas Regional Unit, ADC (originally sued as E. Jimmerson); Moses Jackson, Captain, East Arkansas Regional Unit, ADC (originally sued as M. Jackson), Appellees.**

No. 04–4102.

United States Court of Appeals, Eighth Circuit.

Submitted May 23, 2005.

Decided May 24, 2005.

Kenneth Lamar Turner, Grady, AR, pro se.

Eddie Jimmerson, West Helena, AR, pro se.

Susannah Catherine Raney, Attorney General's Office, Little Rock, AR, for Appellees.

Before BYE, RILEY, and COLLOTON, Circuit Judges.

PER CURIAM.

Kenneth L. Turner appeals the district court's [1] dismissal of his action filed pursuant to 42 U.S.C. § 1983 for failure to state a claim. After de novo review of the record, *see Springdale Educ. Ass'n v. Springdale Sch. Dist.,* 133 F.3d 649, 651 (8th Cir.1998), we conclude dismissal was proper for the reasons stated by the district court. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.